IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAROLYN SHAW LEWIS, | ) | CASE NO. 09-32272-DHW |
| | ) | |
| Debtor. | ) | CHAPTER 13 |

### RESPONSE TO DEBTOR'S OBJECTION TO CLAIM # 9
[Internal Revenue Service]

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, on behalf of the United States Department of the Treasury, Internal Revenue Service (Service) and in response to the Debtor's Objection to Claim # 9 states as follows:

1. On August 21, 2009, the Debtor filed for Chapter 13 relief and filed a Plan which, as amended, provided for a specified monthly payment to the Service of $250.00 on a stated priority claim of $14,439.00. The Debtor's Zero Percent Plan has been reset for confirmation on December 14, 2009, in Montgomery, Alabama. [Doc. 1, 2, 19, 22].

2. On October 9, 2009, the Service filed a Proof of Claim in the total amount of $67,454.38, of which $26,826.20 was classified as priority and $40,628.18 was classified as unsecured general. A portion of the priority claim was estimated as records of the Service reflected that the Debtor has not yet filed federal income taxes for tax years 2006, 2007, and 2008. [Claim # 9-1].

3. On November 9, 2009, a copy of the Debtor's Objection to Claim # 9 was received by United States Attorney' Office. The Debtor's Objection recites that the 2004, 2005, 2006, 2007 and 2008 returns had been filed. In support of the Debtor's allegation, an

unsigned copy of the Debtor's 2006, 2007, and 2008 returns were e-mailed to the United States Attorney's Office.

4. The Debtor failed to provide evidence of the filing of the 2006, 2007, and 2008 returns. However, when the returns are filed and processed an Amended Proof of Claim will be filed.

5. The Service asserted that the Proof of Claim, was prima facie evidence of the amount and validity of the claim pursuant to Rule 3001(f). Thus the burden of proof to overcome the presumption with credible evidence lies with the Debtor.

Respectfully submitted this the 19th day of November, 2009.

LEURA G. CANARY
UNITED STATES ATTORNEY

P.O. Box 197
Montgomery, AL 36101-0197
Telephone: 334-223-7280
Facsimile: 334-223-7280

/S/ Patricia Allen Conover
Patricia Allen Conover
Assistant United States Attorney
ASB-2214-R64P
Patricia.Conover@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2009, I served a copy of the foregoing Response to Debtor's Objection to Claim #9, on the following parties by the means designated below:

Teresa Jacobs
U.S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104
[electronic service]

Curtis C. Reding
Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101
[electronic service]

Vonda S. McLeod
Attorney for the Debtor
Shinbaum, McLeod & Campbell
P.O. Box 201
Montgomery, AL 36101
[electronic service]

Carolyn Shaw Lewis
1819 Pleasant Road
Camp Hill, AL 36850
[United States Postal Service]


    /S/ Patricia Allen Conover
PATRICIA ALLEN CONOVER
Assistant United States Attorney

3

Case 09-32272   Doc 23   Filed 11/19/09   Entered 11/19/09 16:29:41   Desc Main
Document   Page 3 of 3